UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**FILED**

**July 7, 2006**

L & B TRANSPORT, L.L.C.

VERSUS

JERRY BUSBY

CIVIL ACTION

NUMBER 06-0310-FJP-SCR

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the motion to remand filed by plaintiff, L & B Transport, L.L.C., shall be DENIED.[1]

Baton Rouge, Louisiana, July 7, 2006.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 5.

Doc#43437