```
                  UNITED STATES DISTRICT COURT

                  MIDDLE DISTRICT OF LOUISIANA

L&B TRANSPORT, LLC
                                         CIVIL ACTION
VERSUS
                                         NUMBER 06-310-FJP-SCR
JERRY BUSBY
```

## JUDGMENT

For written reasons assigned;

IT IS ORDERED that Jerry Busby's motion for summary judgment is granted.

IT IS FURTHER ORDERED that plaintiff's claims be and each are hereby dismissed with prejudice.

Baton Rouge, Louisiana, February 12, 2008.

*[signature]*

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#44751